UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

JS 6

| Case No. | CV 15-7253 DSF (AJWx) | | Date | 11/3/15 |
|---|---|---|---|---|
| Title | Jilbert Apelian v. Caleb Joseph Barlow, et al. | | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge | |
|---|---|---|
| Debra Plato | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**        (In Chambers) Order REMANDING Case


        This case was removed from state court based on diversity jurisdiction.  However, there is no legally sufficient allegation of the citizenship of Eco Alliance, LLC.  <u>See Johnson v. Columbia Props. Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles.

        IT IS SO ORDERED.